### 16462.   BRAZEAL *v.* THE STATE.

BLOODWORTH, J. The motion for a new trial contains the general grounds only. There is some evidence to support the verdict, and "whenever there is any evidence, however slight, to support a verdict which has been approved by the trial judge, this court is absolutely without authority to control the judgment of the trial court." *Bradham* v. *State,* 21 *Ga. App.* 510 (94 S. E. 618).

> *Judgment affirmed. Broyles, C. J., and Luke, J., concur.*
> DECIDED JULY 14, 1925.

Conviction of larceny; from Laurens superior court—Judge Camp. March 14, 1925.

*W. A. Dampier,* for plaintiff in error.

*Fred Kea, solicitor-general,* contra.